# EXHIBIT 1

## James Kennedy

| | |
|---|---|
| **From:** | James Kennedy |
| **Sent:** | Monday, March 26, 2018 10:39 AM |
| **To:** | 'Kinel, Norman N.'; Boschee, Aaron A. |
| **Cc:** | Gabriel Berg; Andrew Smith |
| **Subject:** | RE: motion to quash [I-AMS.FID4307286] |
| **Attachments:** | image001.jpg; image002.png |

Dear Norman,

I regret that you interpret my emails as containing personal attacks. While you may not agree with my view of the facts, my emails are factual, and you have not refuted the facts. Feel free to point out to me what you regard as being personal attacks. There are none, as I see it.

Jim

**From:** Kinel, Norman N. [mailto:norman.kinel@squirepb.com]
**Sent:** Monday, March 26, 2018 10:13 AM
**To:** James Kennedy; Boschee, Aaron A.
**Cc:** Gabriel Berg; Andrew Smith
**Subject:** RE: motion to quash [I-AMS.FID4307286]

Mr. Kennedy,

I am in an out of town deposition all day today and will not be responding to your email in the time frame requested (if at all). I will note that once again your email consists largely of misstatements and personal attacks and I request (not for the first time) that to the extent that you wish to communicate with me, you do so in a professional manner.

Norman Kinel



**Norman N. Kinel**
Partner
National Chair, Creditors' Committee Practice
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
T  +1 212 407 0130
O  +1 212 872 9800
F  +1 212 872 9815
M  +1 732 690 4822
norman.kinel@squirepb.com | squirepattonboggs.com

**From:** James Kennedy [mailto:jkennedy@kennedyberg.com]
**Sent:** Sunday, March 25, 2018 12:48 PM
**To:** Kinel, Norman N. <norman.kinel@squirepb.com>; Boschee, Aaron A. <aaron.boschee@squirepb.com>
**Cc:** Gabriel Berg <gberg@kennedyberg.com>; Andrew Smith <asmith@kennedyberg.com>
**Subject:** motion to quash

1

---
47 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
---