# GLOBAL Reinsurance Corporation of America

July 9, 2019

RECEIVED

JUL 1 1 2019

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

**VIA CERTIFIED MAIL**
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

> Re: *Change of address for GLOBAL Reinsurance Corporation of America ("**Creditor**") in connection with In re: Bradley C. Reifler (Case No.: 17-35075 (CGM)).*

To Whom It May Concern,

Creditor has filed a proof of claim dated September 15, 2017 in connection with *In re: Bradley C. Reifler* (Case No.: 17-35075 (CGM)) in the United States Bankruptcy Court for the Southern District of New York. Please be advised that hereafter the notice and payment address for Creditor shall be as follows:

GLOBAL Reinsurance Corporation of America
Two Logan Square, 100 North 18th Street, Suite 600
Philadelphia PA 19103
Attention: Kate Walker, Esq.
Email: kate.walker@rqih.com
Phone: 267-675-3325

All correspondence to Creditor and payments made for the account of Creditor should be delivered to the revised address set forth above. A separate notice of amended address for Creditor is being simultaneously delivered to Marianne T. O'Toole, Chapter 7 Trustee of the Estate of Bradley C. Reifler.

Should you have any questions about this letter, please do not hesitate to contact me by phone at 267-675-3325 or by email at kate.walker@rqih.com.

Sincerely,

Kate Walker, Esq.

www.rqih.com

**GLOBAL Reinsurance Corporation of America**
Two Logan Square, 100 North 18th Street,
Suite 600, Philadelphia PA 19103, USA
Telephone: +1 (267) 675 3400
Facsimile: +1 (267) 675 3410