KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212)661-9397 – fax
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
jfeuerstein@kandfllp.com
dzinman@kandfllp.com

*Attorneys for CYJF LLC*

**Presentment Date: November 13, 2019 at 12:00 p.m.**
**Objection deadline: November 6, 2019 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 7 |
| Bradley C. Reifler, | Case No. 17-35075-cgm |
| Debtor. | |

-----------------------------------------------------------X

| | |
|---|---|
| CYJF LLC, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. |
| Bradley C. Reifler, | 17-ap-09017 cgm |
| Defendant, | |

-----------------------------------------------------------X

# AMENDED
## NOTICE OF PRESENTMENT OF JUDGMENT AND ORDER DENYING DISCHARGE PURSUANT TO BANKRUPTCY CODE SECTIONS 727(a)(4)(A) and (a)(5) AND DECLARING CLAIM OF CYJF, LLC TO BE NON-DISCHARGEABLE PURSUANT TO <u>BANKRUPTCY CODE SECTIONS 523(a)(2)(A), (a)(4) AND (a)(6)</u>

**PLEASE TAKE NOTICE** that CYJF LLC, the above-captioned Plaintiff (the "Plaintiff"), by and through its counsel, Kriss & Feuerstein LLP, will present the attached proposed Judgment and Order (the "Order") for approval and signature to the Honorable Cecelia

G. Morris, Chief United States Bankruptcy Judge, in Chambers, on November 13, 2019 at 12:00 p.m. (Prevailing Eastern Time) (the "Presentment Date") for entry of the attached Judgment and Order.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the proposed Order must (i) be in writing; (ii) state the name and address of the responding party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such response; (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (v) be filed with the Bankruptcy Court, together with proof of service, (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov) and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers) in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, no later than 7 days prior to the Presentment Date (the "Objection Deadline"); and (vi) be served on Kriss & Feuerstein LLP, 360 Lexington Avenue, New York, New York 10017, Attn: Daniel N. Zinman, Esq., Office of the United States Trustee for the Southern District of New York, 11A Clinton Avenue, Albany, New York 12207, Siegel & Siegel, P.C., One Penn Plaza, Suite 2414, New York, New York 10119, Attn: Michael D. Siegel, Esq., so as to be actually received on or prior to the Objection Deadline of **November 6, 2019 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless objections are received by the Objection Deadline, the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is filed, a hearing to consider the Motion and any objections will be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, 2nd Floor, Poughkeepsie, New York, 12601-3315 (the "Bankruptcy Court"), on a date and at a time to be scheduled by the Court.

Dated: New York, New York
October 29, 2019

             KRISS & FEUERSTEIN LLP
             *Attorneys for CYJF LLC,*
             *Plaintiff/Counter-Defendant*


             By: */s/ Daniel N. Zinman*
               Jerold C. Feuerstein, Esq.
               Daniel N. Zinman, Esq.
               360 Lexington Avenue
               Suite 1200
               New York, NY 10017
               (212) 661-2900
               (212) 661-9397-fax
               jfeuerstein@kandfllp.com
               dzinman@kandfllp.com