UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | | |
|---|---|---|
| In re: REIFLER, BRADLEY C. | § | Case No. 17-35075-CGM |
| | § | |
| | § | |
| Debtor(s) | § | |

## INTERIM TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this interim Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 20, 2017. The undersigned trustee was appointed on January 20, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554   except that the trustee reserves, pursuant to 11 U.S.C. section 554(c ), the estate's interest in the following: `17 - FOREFRONT CAPITAL HOLDINGS LLC, 19 - 100% INTEREST IN NEW BEGINNINGS TRUST-OWNS, 21 - MONIES LOANED TO THREE(3) INDIVIDUALS &, 24 - ADV. PROC. O'TOOLE V. VESNIC, 19-9004, 25 - ADV. PROC. O'TOOLE V. BRADLEY REIFLER, ET AL.. AS THIS IS AN INTERIM FINAL, THE TRUSTEE RESERVES ANY AND ALL RIGHTS TO ASSETS OF THE ESTATE UNLESS EXPRESSLY ABANDONED PURSUANT TO 11 U.S.C 554.`
The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in these assets.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of             $            945,000.00

|  |  |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 24.87 |
| Bank service fees | 5,325.71 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 939,649.42 |

The remaining funds are available for distribution.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/15/2017 and the deadline for filing governmental claims was 10/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed interim distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $43,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $43,250.00, for a total compensation of $43,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,069.57, for total expenses of $1,069.57.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2020          By: /s/Marianne T O'Toole
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-35075-CGM  **Trustee:** (900435) Marianne T O'Toole
**Case Name:** REIFLER, BRADLEY C.  **Filed (f) or Converted (c):** 01/20/17 (f)
  **§341(a) Meeting Date:** 03/02/17
**Period Ending:** 07/10/20  **Claims Bar Date:** 09/15/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  123 Fraleigh Hill Road, Millbrook, NY 12545 (u)  Amended Schedule A/B filed May 4, 2017 | Unknown | 0.00 | OA | 0.00 | FA |
| 2  2001 Chevrolet Truck | 5,000.00 | 1,225.00 | | 0.00 | FA |
| 3  Chevrolet Van | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 4  (Zamboni) (u)  Amended Schedule A/B filed May 4, 2017 | 7,500.00 | 7,500.00 | OA | 0.00 | FA |
| 5  Household Goods & Furnishings | 75,000.00 | 62,375.00 | OA | 0.00 | FA |
| 6  Televisions and stereo equipment (u)  Amended Schedule A/B filed February 27, 2017 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 7  Art & Sculptures | 54,000.00 | 49,300.00 | OA | 0.00 | FA |
| 8  Gym equipment (u)  Amended Schedule A/B filed February 27, 2017 | 7,500.00 | 7,500.00 | OA | 0.00 | FA |
| 9  6 shot guns & 2 hand guns | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 10  Wearing Apparel | 5,000.00 | 0.00 | | 0.00 | FA |
| 11  Wedding Band, 2 watches & cufflinks | 10,000.00 | 0.00 | | 0.00 | FA |
| 12  Citibank (u)  Amended Schedule A/B filed February 27, 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Citibank (u)  Amended Schedule A/B filed February 27, 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 14  First Republic Bank (u)  Amended Schedule A/B filed February 27, 2017 | 0.00 | 0.00 | | 0.00 | FA |
| 15  Optum Bank (u)  Amended Schedule A/B and C filed February 27, 2017 | 224.98 | 0.00 | | 0.00 | FA |
| 16  Sky Blue Farm Inc.-owns 3 horses(not operating) | 0.00 | 0.00 | | 0.00 | FA |
| 17  Forefront Capital Holdings LLC  TRUSTEE RESERVES ANY AND ALL RIGHTS | 1.00 | 0.00 | | 0.00 | FA |
| 18  IRA through Chase | 0.00 | 0.00 | | 0.00 | FA |
| 19  100% interest in New Beginnings Trust-owns  Forefront Capital Advisors; TRUSTEE RESERVES ANY AND ALL RIGHTS | 1.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-35075-CGM  
**Case Name:** REIFLER, BRADLEY C.

**Trustee:** (900435) Marianne T O'Toole  
**Filed (f) or Converted (c):** 01/20/17 (f)  
**§341(a) Meeting Date:** 03/02/17  

**Period Ending:** 07/10/20  
**Claims Bar Date:** 09/15/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Sky Blue Farm Trust - debtor is a settlor (u)<br>(together with his non-filing spouse) - trust owns real estate located at 123 Fraleigh Hill Road, Millbrook, New York. Amended Schedule A/B filed May 4, 2017 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Monies loaned to three(3) individuals &<br>Forefront Management Group LLC;TRUSTEE RESERVES ANY AND ALL RIGHTS | 4,716,658.44 | 0.00 | | 0.00 | FA |
| 22 | John Deere Tractor (u)<br>Amended Schedule A/B filed May 4, 2017 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 23 | Adv. Proc. O'Toole v. American Express, 19-9005 (u) | 45,000.00 | 45,000.00 | | 45,000.00 | FA |
| 24 | Adv. Proc. O'Toole v. Vesnic, 19-9004 (u)<br>Judgment entered. Appeal pending. 20-CV-01423 (NSR) | 129,500.00 | 129,500.00 | | 0.00 | 129,500.00 |
| 25 | Adv. Proc. O'Toole v. Bradley Reifler, et al. (u)<br>Judgment entered. Appeal pending 20-CV-1427 (VB) | 10,618,671.59 | 10,618,671.59 | | 900,000.00 | 9,320,516.59 |
| 25 | **Assets Totals** (Excluding unknown values) | **$15,699,057.01** | **$10,943,571.59** | | **$945,000.00** | **$9,450,016.59** |

**Major Activities Affecting Case Closing:**

3/22/17-Application to Employ O'Toole + O'Toole PLLC as Counsel to the Chapter 7 Trustee

3/29/17-Application to Employ David R. Maltz & Co., Inc. as Auctioneers for the Trustee

3/30/17-Order Approving Employment of O'Toole + O'Toole PLLC as Counsel to the Chapter 7 Trustee

4/3/17-Order Authorizing Employment of David R. Maltz & Co., Inc. as Auctioneer for the Trustee

4/13/17-Lift Stay Motion filed by Bank of America, N.A. re: 123 Fraleigh Hill Road, Millbrook, NY. Hearing Date: 5/9/17

4/24/17-Adversary Proceeding filed JPMorgan Chase Bank, N.A. v. Reifler, Adv. Proc. No. 17-09012

5/1/17-Motion To Extend Time to Object to Discharge for Chapter 7 Trustee and U.S. Trustee. Presentment date: 5/19/17. Adv. Complaints filed Bank of America v. Reifler, 17-9015; North Carolina Mutual Life Insurance Co. v. Reifler, 17-9016; and CYJF v. Reifler, 17-9017

5/2/17-Trustee's Objections to lift stay motion of Bank of America re: 123 Fraleigh Hill Road, Millbrook, NY

5/5/17-Notice of Adjournment of Hearing on Bank of America's lift stay motion to June 6, 2017

5/24/17-Adversary Proceeding filed O'Toole v. Bradley C. Reifler, et al., 17--9020

5/25/17-Order extending the Trustee and the Office of the U.S. Trustee's Time to Object to Debtor's Discharge until 8/1/17.

6/2/17-Letter confirmation adjournment of hearing of Bank of America's lift stay motion to 6/20/17

6/6/17-Notice of Hearing Regarding North Carolina Mutual Life Insurance Company Motion for Relief from Stay. Hearing date: 6/20//17

6/7/17-Amended Notice of Hearing Regarding North Carolina Mutual Life Insurance Company Motion for Relief from Stay. Hearing date: 6/27/17

6/13/17-Trustee's Request for Clerk's Entry of Notice of Possible Dividends. Notice of Possible Payment of Dividends and of Last Date to File Claims (by 9/15/17)

Printed: 07/10/2020 07:21 PM    V.14.66

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 17-35075-CGM | Trustee: | (900435) | Marianne T O'Toole |
| --- | --- | --- | --- | --- |
| Case Name: | REIFLER, BRADLEY C. | Filed (f) or Converted (c): | 01/20/17 (f) | |
| | | §341(a) Meeting Date: | 03/02/17 | |
| Period Ending: 07/10/20 | | Claims Bar Date: | 09/15/17 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

issued by Clerk of the Court.

6/15/17-Application to Employ CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ Vluation Group, LLC as Financial Advisors to the Chapter 7 Trustee.

6/16/17-Letter confirming hearing on Bank of America's lift stay motion adjourned to 6/27/17

6/19/17-Letter confirming pretrial conferences in three adversary proceedings adjourned to 6/27/17

6/20/17-Chapter 7 Trustee's Objection to Lift Stay Motion by North Carolina Mutual Life Insurance Company.

6/22/17-Notice of Withdrawal Without Prejudice of Bank of America's Lift Stay motion

6/30/17-Order Authorizing and Approving Employment of CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ Valuation Group, LLC as Financial Advisors to the Chapter 7 Trustee

7/5/17-Quarterly case review

7/31/17-Adv. Proceeding filed GBForefront, L.P. v. Reifler, 17-09028

8/2/17-Adver. Proceeding filed Harrington v. Reifler to Deny Debtor's Discharge, 17-09030

8/10/17-Motion by Bank of America, N.A. to Lift Stay to Comply with IRS Summons. Hearing date: 10/3/17

9/28/17-Quarterly case review

10/2/17-Applications for Ex Parte Order for Rule 2004 Examinations and Production of Documents from Kelsey Eryn Reifler and Cole Reifler

10/4/17-Orders for Rule 2004 Examinations and Production of Documenets by Kelsey Eryn Reifler and Cole Reifler

10/10/17-Order Granting Lift Stay Motion of Bank of America for the purpose of complying with a summons of the IRS. Case Status Conference Order scheduling status conference in five adversary proceedings for November 14, 2017

10/30/17-Lift Stay Motion by Bank of America re: 123 Fraleigh Hill Road, Millbrook, NY. Hearing date: 11/14/17

10/31/17-Lift Stay Motion by CYJF LLC re: 123 Fraleigh Hill Road, Millbrook, NY. Hearing date: 11/14/17

11/1/17-Lift Stay Motion and Request for Shortening of Time to be Heard on the Motion filed by JPMorgan Chase Bank seeking Judicial Authorization for the Use and Governance of Confidential Materials in this Bankruptcy Case and Seeking Judicial Permission to Extend Notice of Lis Pendens dated November 1, 2017

11/6/17-Order Granting Motion of JPMorgan Chase Bank to Shorten Time and Settting Hearing Date on Motion for Lift Stay. Hearing date on Lift Stay Motion: 11/14/17

11/7/17-Chapter 7 Trustee's Limited Objection to the Lift Stay Motion Filed by Bank of America. JPMorgan Chase Bank's Response to the Lift Stay Motion of Bank of America and Objection to the Lift Stay Motion of CYJF, LLC

11/8/17-Chapter 7 Trustee's Limited Objection to Lift Stay Motion filed by JPMorgan Chase Bank and to Lift Stay Motion filed by Bank of America

11/9/17-Chapter 7 Trustee's Objection to Lift Stay Motion filed by CYJF LLC

12/1/17-Notice of Appeal by Bank of America.N.A. of Order denying lift stay motion

12/4/17-Order Denying Lift Stay Motion of CYJF LLC. Order Granting JPMorgan Chase Bank Lift Stay Motion for the limited purposes

12/13/17-Notice of Appeal by CYJF of Order Denying Relief fro the Automatic Stay

12/15/17-Notice of Agenda of Matters Scheduled on December 19, 2017

1/3/18-Quarterly case review

2/15/18-Presentment of Stipulation and Order Resolving the BANA Appeal and the Trustee's Objedction to the BANA Lift Stay Motion. Presentment date: 3/1/18

2/23/18-Notice of Proposed Abandonment of the Estate's Interest in and to the Real Property Located at 123 Fraleigh Hill Road, Millbrook, NY 12545. Objections, if any, due 3/12/18. If no objections timely filed, Real Property will be deemed abandoned as of 3/15/18

2/28/18-JPMorgan Chase Bank N.A.'s Response to (1) the Stipulation and Proposed Order Resolving the Appeal of and the Chapter 7 Trustee's Objection to Bank of America, N.A.'s Motion for Lift Stay Relief and (2) the Chapter 7 Trustee's Notice of Proposed Abandonment of Real Property

3/2/18-Motion to Withdraw as Attorney of Record for Debtor filed by Genova & Malin. Hearing date: 3/6/18

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-35075-CGM | **Trustee:** (900435) Marianne T O'Toole |
| **Case Name:** REIFLER, BRADLEY C. | **Filed (f) or Converted (c):** 01/20/17 (f) |
| | **§341(a) Meeting Date:** 03/02/17 |
| **Period Ending:** 07/10/20 | **Claims Bar Date:** 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

3/8/18-Stipulation and Order Resolving the BANA Appeal and the Trustee's Objectio to the BANA Lift Stay Motion

3/9/18-Order Scheduling Expedited Hearing and Shortening Notice for Motion to Withdraw as Attorney of Record for Debtor.  Order Permitting the Firm of Genova & Malin to Withdraw as Attorney of Record for Debtor.

3/12/18-JPMorgan Chase Bank, N.A.'s Limited Objection to the Chapter 7 Trustee's Notice of Proposed Abandonment of Real Property

3/14/18-CYJF LLC's Statement in Response to JPMorgan Chase Bank, N.A.'s Limited Objection to the Chapter 7 Trustee's Proposed Abandonment of Real Property

3/21/18-Trustee's Response to JP Morgan Chase Bank, N.A.'s Limited Objection to the Chapter 7 Trustee's Notice of Proposed Abandonment of Real Property

3/26/18-Notice of Apperance of Kennedy Berg, LLP as counsel for Debtor.  Debtor's Opposition to Plaintiff North Carolina Mutual Life Insurance Company's Motion for Order Quashing Subpoena to RVM Enterprises, Inc. (Adv. Proc. 17-09016)

3/29/18-Order Overruling JPMC's Limited Objection to the Notice of Abandonment of the Estate's Interest in and to the Real Property Located as 123 Fraleigh Hill Road,Millbrook, NY

4/2/18-Quarterly case review

4/5/18-Appellant Bank of America's Notice of Voluntary Dismissal with Prejudice of 17 CV 10016.

4/9/19-Notice of Dismissal of Adv. Proceeding 17-09020

4/19/18-Order Vacating Order Denying Relief from the Automatic Stay and Granting Bank of America N.A.'s Motion for Relief from the Automatic Stay

7/3/18-Quarterly case review

7/16/18-Entry of Default entered against Bradley C. Reifler in Adv. Proc. North Carolina Mutual Life Insurance Company v. Reifler

7/1718-Third Amended Scheduling Order in Adv. Proc. CYJF, LLC v. Reifler.  All discovery to be completed by 12/31/18

8/3/18-Application for Ex Parte Relief by Chapter 7 Trustee Seeking Entry of an Ex Parte Order, Directing the Production of Documents from J.P. Morgan Chase, Citibank, First Republic Bank and TD Bank pursuant to Rule  of Bankruptcy Procedure 2004

8/8/18-Motion for entry of an order confirming the automatic stay does not apply to pending foreclosure actions, or, in the alternative, granting relief from the automatic stay filed by CYJF and Motion ot Shorten Time for Notice of Hearing.  Hearing date: 8/21/18

8/14/18-Order Expediting Hearing on CYJF's Motion for Relief from Stay.  Hearing Date:  8/21/18

8/27/18-Order Denying JP Morgan Chase Bank's Motion to Shorten Time for a Motion to Confirm Termination or Absence of Stay.  The Hearing on the Motion to Confirm Termination or Absence of the Stay shall be heard on 9/18/18

8/28/18-Order Granting in part and denying in part CYJF's lift stay motion

9/11/18-Chapter 7 Trustee's Limited Objection to Motions of JPMorgan Bank, N.A.'s Motion for an Order Confirming it May Litigate Claims and Defenses Concerning Abandoned Property in Pending Foreclosure Actions

10/2/18-Order Denying JPMorgan's Lift Stay Motion and Granting  in Part JPMorgan's Motion Seeking a Comfort Order

10/3/18-Quarterly case review

11/12/18-Final Judgment and Order Granting the U.S. Trustee's Motion for Summary Judgment and Denying the Debtor's Discharge

11/21/18-Notice of Appeal by Debtor of Final Judgment and Order Granting the U.S. Trustee's Motion for Summary Judgment and Denying the Debtor's Discharge filed in Adv. Proc. 17-09030.

12/31/18-Quarterly case review

1/18/19-Adversary Proceedings filed:  O'Toole v. Bradley Reifler, et al., 19-09003; O'Toole v. Vesnic, 19-09004; and O'Toole v. American Express, 19-09005.

1/31/19-Opinion & Order of the District Court Affirming Order Entering Default Judgment against Debtor in North Carolina Mutual Life Insurance Company v. Reifler Adv. Proceeding

3/14/19-Agreement and Order to Dismiss Appeal 18 Cv-12302, Reifler v. Harrington

3/15/19-Schedule Order in Adv. Proc. O'Toole v. Bradley Reifler, et al.  All discovery to be completed by 9/15/19.  Scheduling Order in Adv. Proc. O'Toole v. Vesnic.

Exhibit A

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-35075-CGM | **Trustee:** (900435) Marianne T O'Toole |
| **Case Name:** REIFLER, BRADLEY C. | **Filed (f) or Converted (c):** 01/20/17 (f) |
| | **§341(a) Meeting Date:** 03/02/17 |
| **Period Ending:** 07/10/20 | **Claims Bar Date:** 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

All discovery to be completed by 6/15/19

3/22/19-Letter Confirming adjournment of Initial Pretrial Conference in Adv. Proc. O'Toole v. American Express to 4/30/19

4/1/19-Quarterly case review

4/4/19-Motion for an Order Authorizing and Approving Stipulation of Settlement in Adv. Proc. O'Toole v. American Express. Hearing date: 4/30/19

5/6/19-Order Approving Stipulation of Settlement in O'Toole v. American Express

5/31/19-Letter confirming adjournment of Pre-Trial Conference in Adv. Proc. O'Toole v. Bradley Reifler, et al. to 7/30/19

6/6/19-First Amended Scheduling Order in Adv. Proc. O'Toole v. Vesnic. All discovery to be completed 9/15/19

7/2/19-Quarterly case review

8/5/19-Motion for a Protective Order Temporarily Staying Deposition of Defendant Lisette Ackerberg filed in Adv. Proc. O'Toole v. Bradley Reifler, et al. Hearing date: 8/20/19

8/14/19-Motion to Compel by the Chapter 7 Trustee Pursuant to Rule 37 in Adv. Proc. 19-9003. Hearing date: 9/10/19

8/22/19-Order Temporarily Staying Deposition of Lisettte Ackerberg. Document discovery not stayed and shall continued as ordered by the Court.

9/10/19-Motion to Compel filed by Chapter 7 Trustee Compelling Lisette Ackerberg to Properly and Fully Respond to the Trustee's Requests for Production of Documents, First Set of Interrogatories, Imposing Sanctions and Granting Related Relief Including Reasonable Attorneys Fees Against Lisette Ackerberg. Hearing date: 10/22/19. Motion for a Protective Order Quashing Plaintiff's Document Requests in Part filed by Defendant Lisette Ackerberg in Adv. Proc. 19-9003. Hearing date: 9/17/19

9/12/19-Motion for an Order Compelling Jacqueline Vesnic to Properly and Fully Respond to the Trustee's First Request for Production of Documents, First Set of Interrogatories, Imposing Sanctions and Granting Related Relief Including Reasonable Attorneys' Fees Against Jacqueline Vesnic

9/13/19-Letter confirming adjournment of pretrial conference and hearing on Trustee's Motion to Compel and Sanctions in Adversary Proceeding 19-09004 to 10/29/19. Letter confirming adjournment of pretrial conference; hearing on Trustee's Motion to Compel and Sanctions against Family Defendants; hearing on Trustee's Motion to Compel and Sanctions against Lisette Ackerberg and Hearing on Lisette Ackerberg's Motion for a Protective Order in Adversary Proceeding 19-09003 to 10/29/19. Discovery cutoff in 19-09003 extended until 1/31/2020.

9/16/19-First Amended Scheduling Order in Adv. proc. 19-09003. Discovery to be completed by 1/31/2020. Second Amended Scheduling Order in 19-9004. Discovery to be completed by 1/31/2020.

9/30/19-Quarterly case review

10/1/19-Notice of Presentment of Proposed Judgment and Order in Adv. Proc. JPMorgan Chase Bank, N.A. v. Bradley C. Reifler. Presentment date: 10/23/19

10/25/19-Letter confirming adjournment of Hearing on Trustee's Motion to Compel and for Sanctions against Lisette Ackerberg and Lisette Ackerberg's Motion for a Protective Order to 12/3/19

10/31/19-Order Granting Chapter 7 Trustee's Motion Compelling Jacqueline Vesnic to Properly and Fully Respond to the Trustee's First Request for Production of Documents, First Set of Interrogatories and Appear for Depositions, Imposing Sanctions and Granting Related Relief Including Reasonable Attorneys' Fees Against Jacqueline Vesnic in Adv. Proc. O'Toole v. Vesnic. Order in Adv. Proc. 19-9003 Granting Chapter 7 Trustee's Motion Compelling the Family Defendants to Properly and Fully Respond to the Trustee's First Request for Production of Documents, First Set of Interrogatories and Appear for Depositions, Imposing Sanctions and Granting Related Relief Including Reasonable Attorneys' Fees Against the Family Defendants and Striking the Family Defendants Answers

11/4/19-Notice of Proposed Abandonment of the Estate's Interest in and to Certain Personal Property Located at 123 Fraleigh Hill Road, Millbrook, NY 12545. Objections, if any, due 11/25/19. If no Objections timely filed, Property deemed abandoned as of 11/29/19. If timely Objections filed, a Hearing will be held 12/3/19

11/14/19-Order Awarding Expenses Incurred in Connection with Motion to Compel Directing Payment by Jacqueline Vesnic in Adv. Proc. 19-9004 and Order Awarding Expenses Incurred in Connection with Motion to Compel Directing Payment by the Family Defendants in Adv. Proc. 19-9003.

11/15/19-Judgment and Order Denying Discharge and Declaring Claim of CYJF, LLC to be Non-Dischargeable

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case Number:** 17-35075-CGM  
**Case Name:** REIFLER, BRADLEY C.

**Period Ending:** 07/10/20

**Trustee:** (900435) Marianne T O'Toole  
**Filed (f) or Converted (c):** 01/20/17 (f)  
**§341(a) Meeting Date:** 03/02/17  
**Claims Bar Date:** 09/15/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/26/19-Letter confirming adjournment of conference in O'Toole v. Vesnic to 12/17/19

12/4/19-Motion for Contempt, Striking Family Defendants' Answers and Enterling Default Judgment against Family Defendants in Adv. Proc. O'Toole v. Bradley Reifler, et al. Hearing date: 12/17/19

12/5/19-Motion for Contempt, Striking Defendant's Answer and Enterling Default Judgment against Defendant Vesnic in O'Toole v. Vesnic. Hearing date: 12/17/19

12/10/19-Objection to Motion for Protective Order filed by Chapter 7 Trustee

12/26/19-Order Finding Defendant in Contempt, Strking Defendant's Answer and Enterling Default Judgment against Defendant Vesnic in O'Toole v. Vesnic, Adv. Proc. 19-9004. Order Granting Chapter 7 Trustee's Motion Compelling Lisette Ackerberg to Properly and Fully Respond to theTrustee's First Request for Production of Documents and First Set of Interrogatories, and Imposing Sanctions and Granting Related Relief Including Reasonable Attorneys' Fees; Denying Defendant Ackerberg's Motion for a Protective Order. Order Finding the Family Defendants in Contempt, Striking the Family Defendants' Answers and Entering Default Judgments Against the Family Defendants in 19-09003.

12/31/19-Quarterly case review

1/3/20-Order Awarding Expenses Incurred in connection with Motion to Compel and Directing Payment by Defendant Ackerberg in Adv. Proc. 19-9003

1/8/20-Notice of Appeal filed by Defendant Jacqueline Vesnic in Adv. Proc. O'Toolel v. Vesnic. Notice of Appeal filed by Family Defendants in Adv. Proc. 19-9003

1/24/20-Order to Show Cause Scheduling Hearing on Shortened Notice of Defendant Lisetter Ackerberg's Emergency Motion for a Stay Pending Appeal. Hearing date: 2/4/20

1/25/20-Motion for Extension of Time to Produce Documents filed by Defendant Lisette Ackerberg. Hearing date: 2/4/20

2/4/20-Motion to Approve Settlement with Lisette Ackerbeg in 19-9003. Hearing date: 3/3/20

2/19/20-Notice of Transmittal of Record on Appeal in O'Toole v. Vesnic. Case 20-cv-01423 assigned to Hon. Nelson Stephen Roman. Notice of Transmittal of Record on Appeal in O'Toole v. Bradley Reifler, et al.. Case 20-cv-01427 assigned to Hon. Vincent Briccetti

3/5/20-Order Approving Stipulation of Settlement with Lisette Ackerberg in 19-9003.

3/6/20- Letter withdrawing Lisette Ackerberg's Emergency Motion for Stay Pending Appeal and Motion for Extension of Time to Produce Documents

3/31/20-Quarterly case review

5/13/20-Stipulation and Order of Dismissal of Bankruptcy Appeal by Lisette Ackerberg (20-cv-1430-CM)

**Initial Projected Date Of Final Report (TFR):** May 1, 2019         **Current Projected Date Of Final Report (TFR):** June 1, 2021

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-35075-CGM  
**Case Name:** REIFLER, BRADLEY C.

**Taxpayer ID #:** **-***4436  
**Period Ending:** 07/10/20

**Trustee:** Marianne T O'Toole (900435)  
**Bank Name:** Mechanics Bank  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $1,095,520.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/19 | {23} | American Express Travel Related Services Company, Inc.<br>2401 W Behrend Drive<br>Suite 55, MC 24-01-17<br>Phoenix, AZ 85027 | Settlement Sum for American Express Adversary Proceeding, 19-09005 | 1241-000 | 45,000.00 | | 45,000.00 |
| 06/28/19 | 101 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>SUITE 420<br>New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2019 FOR CASE #17-35075, Bond 016030126 June 19, 2019 to June 19, 2020 | 2300-000 | | 24.87 | 44,975.13 |
| 02/03/20 | {25} | Lisette Ackerberg | Adversary Settlement Sum | 1241-000 | 900,000.00 | | 944,975.13 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 755.20 | 944,219.93 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,509.20 | 942,710.73 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,456.56 | 941,254.17 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,604.75 | 939,649.42 |
| | | | **ACCOUNT TOTALS** | | 945,000.00 | 5,350.58 | $939,649.42 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 945,000.00 | 5,350.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$945,000.00** | **$5,350.58** | |

Net Receipts : 945,000.00  
Net Estate : $945,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6066** | 945,000.00 | 5,350.58 | 939,649.42 |
| | **$945,000.00** | **$5,350.58** | **$939,649.42** |

{} Asset reference(s)

Printed: 07/10/2020 07:21 PM    V.14.66

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 15, 2017

**Case Number:** 17-35075-CGM
**Debtor Name:** REIFLER, BRADLEY C.

Page: 1

**Date:** July 10, 2020
**Time:** 07:22:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Marianne T O'Toole<br>22 Valley Road<br>Katonah, NY 10536 | Admin Ch. 7 | The Trustee's compensation is calculated based upon payment of the proposed interim distributions as proposed in the Interim Final Report, less the amount of the holdbacks to counsel and the financial advisor. | $43,250.00 | $0.00 | 43,250.00 |
| 200 | Marianne T O'Toole<br>22 Valley Road<br>Katonah, NY 10536 | Admin Ch. 7 | | $1,069.57 | $0.00 | 1,069.57 |
| 200 | O'Toole + O'Toole PLLC<br>22 Valley Road<br>Katonah, NY 10536 | Admin Ch. 7 | The First Interim Application for Compensation and Reimbursment of Expenses reflects a voluntary holdback of 10% of Compensation in the amount of $25,067.80 | $250,678.00 | $0.00 | 250,678.00 |
| 200 | O'Toole + O'Toole PLLC<br>22 Valley Road<br>Katonah, NY 10536 | Admin Ch. 7 | | $3,748.59 | $0.00 | 3,748.59 |
| 200 | CBIZ<br>5 Bryant Park at 1065 Avenue of the Amer<br>10th Floor<br>New York, NY 10018 | Admin Ch. 7 | The First Interim Application for Compensation and Reimbursment of Expenses reflects a voluntary holdback of 10% of Comepnsation in the amount of $26,488.70. | $264,887.00 | $0.00 | 264,887.00 |
| 200 | CBIZ<br>5 Bryant Park at 1065 Avenue of the Amer<br>10th Floor<br>New York, NY 10018 | Admin Ch. 7 | | $79.20 | $0.00 | 79.20 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>SUITE 420<br>New Orleans, LA 70139 | Admin Ch. 7 | | $24.87 | $24.87 | 0.00 |
| 2P 570 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $4,343.40 | $0.00 | 4,343.40 |
| 7 100 | Bank of America, N.A.<br>c/o Michael T. Driscoll, Esq.,Sheppard Mullin Richter & Hampton LLP,30 Rockefel<br>New York, NY 10112-0015 | Secured | Lift Stay granted, ECF Doc. 206, and foreclosure proceeded. ECF Doc. 293 (no surplus). Stipulation & Order Dismissing Adv. Pro. 17-09015, ECF No. 19. | $0.00 | $0.00 | 0.00 |
| 2S 201 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Secured | Notice of Federal Tax Lien filed November 19, 2015/Tax Assessment November 12, 2015. Secured portion of claim subordinated pursuant to Bankruptcy Code Section 724(b), 11 U.S.C. 724(b) . | $22,978,175.28 | $0.00 | 22,978,175.28 |
| 6S 202 | JPMorgan Chase Bank, N.A.<br>c/o Becker, Glynn, Muffly Chassin & Hosinski LLP,299 Park Ave<br>New York, NY 10171 | Secured | Judgment and Order Denying Discharge. Adv. pro. 17-09012 (cgm) ECF No. 73 . Real Property not liquidated in Bankruptcy. | $5,788,505.43 | $0.00 | 5,788,505.43 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 15, 2017

**Case Number:** 17-35075-CGM  
**Debtor Name:** REIFLER, BRADLEY C.

Page: 2

**Date:** July 10, 2020  
**Time:** 07:22:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | | | |
| 12 202 | CYJF LLC c/o Yassky Properties 424 Madison Avenue, 16th Floor New York, NY 10017 | Secured | Judgment and Order Denying Discharge. ECF Doc. 292. See also Adv. Pro.17-0917 (cgm), Doc. No.45. Real Property not liquidated in Bankruptcy. Lift Stay granted, ECF Doc. 206, and foreclosure proceeded. ECF Doc. 293 (no surplus). THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $7,583,153.22 | $0.00 | 7,583,153.22 |
| 1 610 | North Carolina Mutual Life Insurance Company Attn: Michael Lawrence 411 W. Chapel Hill Street Durham, NC 27701 | Unsecured | Filed as contingent unliquidated claim. See Adv. Pro. 17-09016 ECF No. 177 (denial of discharge and debt non-dischargeable), aff'd 18-CV-4711 (KMK). THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $0.00 | $0.00 | 0.00 |
| 3 610 | Lisette Ackerberg c/o Yankwitt LLP 140 Grand Street, Suite 501 White Plains, NY 10601 | Unsecured | See Order Approving Stipulation of Settlement, 19-9003, ECF Nos. 77-1, 82, and expunging Claims 3 and 8. | $0.00 | $0.00 | 0.00 |
| 4 610 | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO 565 FIFTH AVENUE NEW YORK, NY 10017 | Unsecured | THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $231,103.17 | $0.00 | 231,103.17 |
| 5 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $52,142.47 | $0.00 | 52,142.47 |
| 6U 610 | JPMorgan Chase Bank, N.A. c/o Becker, Glynn, Muffly Chassin & Hosinski LLP, 299 Park Ave New York, NY 10171 | Unsecured | Judgment and Order Denying Discharge. Adv. pro. 17-09012 (cgm) ECF No. 73. Real Property not liquidated in Bankruptcy. THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $472,759.50 | $0.00 | 472,759.50 |
| 8 610 | Lisette Ackerberg C/O Yankwitt LLP 140 Grand Street, Suite 501 White Plains, NY 10601 | Unsecured | See Order Approving Stipulation of Settlement, 19-9003, ECF Nos. 77-1, 82, and expunging Claims 3 and 8. | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 15, 2017

**Case Number:** 17-35075-CGM
**Debtor Name:** REIFLER, BRADLEY C.

Page: 3

**Date:** July 10, 2020
**Time:** 07:22:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | US Securities and Exchange Commission<br>200 Vesey Street<br>Suite 400<br>New York, NY 10281 | Unsecured | Contingent Unliquidated Claim.<br><br>THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $0.00 | $0.00 | 0.00 |
| 10 610 | Alan Nisselson, Ch. 7 Trustee of Galleon Managemen<br>c/o Alan Nisselson,Windels Marx Lane & Mittendorf, LLP,156 West 56th Street<br>New York, NY 10019 | Unsecured | THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $1,898,115.21 | $0.00 | 1,898,115.21 |
| 11 610 | GB Forefront, L.P.<br>c/o Gary P. Lightman, Esquire,Lightman & Manochi,1520 Locust Street, 12th Floor<br>Philadelphia, PA 19102 | Unsecured | THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $7,922,601.15 | $0.00 | 7,922,601.15 |
| 13 610 | GLOBAL Reinsurance Corp of America<br>attn: Kate Walker, Esq.<br>Two Logan Square,100 N 18th St, Ste 600<br>Philadelphia, PA 19103 | Unsecured | THE PRIORITY OF CLAIM NOT REACHED ON INTERIM DISTRIBUTION. PARTIES RESERVE ANY AND ALL RIGHTS. | $475,368.50 | $0.00 | 475,368.50 |
| 14 610 | American Express National Bank<br>c/o Darryl S. Laddin,Arnall Golden Gregory LLP,171 17th Street NW, Suite 21<br>Atlanta, GA 30363-1031 | Unsecured | See Adv. 9005 (cgm), ECF Doc. No. 14 Order approving Settlement and allowance of claim. | $45,000.00 | $0.00 | 45,000.00 |
| << Totals >> | | | | 48,015,004.56 | 24.87 | 48,014,979.69 |

**TRUSTEE'S PROPOSED INTERIM DISTRIBUTION**

Exhibit D

Case No.: 17-35075-CGM
Case Name: REIFLER, BRADLEY C.
Trustee Name: Marianne T O'Toole

**Balance on hand:**   $    939,649.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | INTERNAL REVENUE SERVICE | 22,978,175.28 | 22,978,175.28 | 0.00 | 287,844.14 |
| 6S | JPMorgan Chase Bank, N.A. | 5,788,505.43 | 5,788,505.43 | 0.00 | 0.00 |
| 7 | Bank of America, N.A. | 2,204,763.14 | 0.00 | 0.00 | 0.00 |
| 12 | CYJF LLC c/o Yassky Properties | 7,583,153.22 | 7,583,153.22 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    287,844.14
Remaining balance:   $    651,805.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Marianne T O'Toole | 43,250.00 | 0.00 | 43,250.00 |
| Trustee, Expenses - Marianne T O'Toole | 1,069.57 | 0.00 | 1,069.57 |
| Attorney for Trustee, Fees - O'Toole + O'Toole PLLC | 250,678.00 | 0.00 | 225,610.20 |
| Attorney for Trustee, Expenses - O'Toole + O'Toole PLLC | 3,748.59 | 0.00 | 3,748.59 |
| Accountant for Trustee, Fees - CBIZ | 264,887.00 | 0.00 | 238,398.30 |
| Accountant for Trustee, Expenses - CBIZ | 79.20 | 0.00 | 79.20 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 24.87 | 24.87 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $    512,155.86
Remaining balance:   $    139,649.42

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 139,649.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,343.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | 4,343.40 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 139,649.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,097,090.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | North Carolina Mutual Life Insurance Company | 0.00 | 0.00 | 0.00 |
| 3 | Lisette Ackerberg | 0.00 | 0.00 | 0.00 |
| 4 | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO | 231,103.17 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 52,142.47 | 0.00 | 0.00 |
| 6U | JPMorgan Chase Bank, N.A. | 472,759.50 | 0.00 | 0.00 |
| 8 | Lisette Ackerberg | 0.00 | 0.00 | 0.00 |
| 9 | US Securities and Exchange Commission | 0.00 | 0.00 | 0.00 |
| 10 | Alan Nisselson, Ch. 7 Trustee of Galleon | 1,898,115.21 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Managemen | | | |
| 11 | GB Forefront, L.P. | 7,922,601.15 | 0.00 | 0.00 |
| 13 | GLOBAL Reinsurance Corp of America | 475,368.50 | 0.00 | 0.00 |
| 14 | American Express National Bank | 45,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 139,649.42

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 139,649.42

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 139,649.42

**UST Form 101-7-TFR (05/1/2011)**