The Honorable Cecilia Morris
United States Bankruptcy Court
Southern District of New York
Poughkeepsie Chambers
355 Main Street
Poughkeepsie, New York 12601-3315

RE: 17-35075-cgm Bradley C. Reifler

Judge Morris,

I write today asking the Court for guidance and support as I look to resolve my bankruptcy case filed on 01/20/2017, almost 7 years ago.

I recently reached a settlement with the SEC. (1)

I pled guilty to 1 count of wire fraud which resulted in my getting a 5-year prison sentence followed by 3 years' probation. I self-surrendered to the BOP, as agreed upon, January 17, 2023.

My finances, reputation, and relationships are in tatters. I am desperate to settle my issues so my family can heal, I can serve my time, and I can focus on making restitution and settling my other debts.

Thank you for your time and consideration.

Brad Reifler

CC
O'Toole and O'Toole PLLC
2 Depot Plaza, Suite 2E
Bedford Hills, NY 10507

(1) "The respondent was CEO and founder of Forefront Capital Holdings and was responsible for investing 34 million of the insurance company's assets according to guidelines contained in a trust agreement and investment advisor agreement. Some of the investments he recommended were ineligible under the applicable insurance regulations. Reifler had knowledge of an email that misrepresented the makeup of the portfolio and he agreed to restitution of $20,322,220"

RECEIVED
JUL 17 2023
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

Brad Reifler
20A515-09
USP Lewisburg
U.S. Penitentiary
Satellite Camp
P.o Box 2000
Lewisburg, PA 17837
↑
New Address

Honorable Cecilia Morris
U.S. Bankruptcy Court
Southern District of New York
Poughkeepsie Chambers
355 Main Street
Poughkeepsie, New York 12601-3315

12601-331555