UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISON

--------------------------------------------------------x

In re:                                                                      Chapter 7

BRADLEY C. REIFLER,                                      Case No: 17-35075 (KYP)

                            Debtor.

--------------------------------------------------------x

### ORDER DENYING MOTION TO COMPEL ABANDONMENT OF PROPERTY AND DENYING MOTION TO STRIKE THE MOTION TO COMPEL ABANDONMENT OF PROPERTY

Upon the motion to compel abandonment of property ("Motion to Compel Abandonment of Property") filed on behalf of Forefront Partners LLC, Talking Capital Windup LLC, Talking Capital Partners II, LLC and Talking Capital Partners III, LLC ("Movants") seeking entry of an order, *inter alia*, compelling the Chapter 7 Trustee to abandon property, or, in the alternative, to recognize the existence of a manager of Forefront Partners LLC, or to compel the Chapter 7 Trustee to take action, pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007; and upon the Motion to Strike the Motion to Compel Abandonment of Property ("Motion to Strike") and in Opposition to the Motion to Abandonment Property filed by Rodney A. Omanoff; and upon the Chapter 7 Trustee's Opposition to the Motion to Compel Abandonment; and upon the Limited Objection of North Carolina Mutual Life Insurance Company; and upon the letters received and filed on the docket from Brian Coursey, Esq. and Bradley C. Reifler; and upon the reply filed by Movants in further support of the Motion to Compel Abandonment of Property; and upon the Opposition filed by Movants to the Motion to Strike, and upon the reply filed by Rodney A. Omanoff in further support of the Motion to Strike; and there having been due and sufficient notice of the Motion to Compel Abandonment of Property and the Motion to Strike, the opportunity for a hearing thereon; and no additional notice of hearing being required; and upon

the hearing conducted on April 24, 2025 ("Hearing"); and upon the record of the Hearing, which

is incorporated by reference herein; now, therefore, it is

ORDERED that, for the reasons stated by the Court at the Hearing, the Motion to Compel

Abandonment of the Property (ECF No. 388) is denied; and

ORDERED that, for the reasons stated by the Court at the Hearing, the Motion to Strike

(ECF No. 403) is denied as moot.

/s/ Kyu Y. Paek

_____

**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**



**Dated: April 25, 2025**
**Poughkeepsie, New York**